1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  JEFF MITCHELL (CABN 236225)
   Chief, Criminal Division
4  ERIC CHENG (CABN 274118)
   CASEY BOOME (NYBN 5101845)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Eric.Cheng@usdoj.gov
       Casey.Boome@usdoj.gov
9

**FILED**

Feb 18 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

10 Attorneys for the United States of America

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,            ) Case No. 5:26-cr-00071 NW
                                        )
15      Plaintiff,                      ) [~~PROPOSED~~] SEALING ORDER
                                        )
16      v.                              ) **UNDER SEAL**
                                        )
17 (1) SAMANEH GHANDALI,                )
   (2) MOHAMMADJAVAD KHOSRAVI,          )
18     a/k/a Mohammad Khosravi, and     )
   (3) SOROOR GHANDALI,                 )
19                                      )
        Defendants.                     )
20                                      )
                                        )
21

CR 26-00071-NW (NC)

22      Upon motion of the United States and good cause having been shown, IT IS HEREBY

23 ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the

24 arrest warrants, and all attachments in the above-referenced case regarding the Indictment returned on

25 February 18, 2026, shall be filed under seal until further order of the Court, except that the Clerk of

26 Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.

27 The United States Attorney's Office is permitted to share these documents as necessary to comply with

28 //

[~~PROPOSED~~] SEALING ORDER
[**UNDER SEAL**]                             1

its discovery obligations, and with the Federal Bureau of Investigation.

     IT IS SO ORDERED.

DATED: February 18, 2026

_____
HON. LAUREL BEELER
United States Magistrate Judge