| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 23 Minutes | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ruben Peña | | | LIBERTY RECORDING:<br>1:36-1:59 PM | | |
| MAGISTRATE JUDGE<br>Susan van Keulen | | DATE<br>2/19/2026 | | | NEW CASE<br>☐ | CASE NUMBER<br>5:26-cr-00071-NW -1 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Samaneh Ghandali | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Dejan Gantar (Specially) | | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Eric Cheng | | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Gustavo Rangel | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | | AMT OF SECURITY<br>$ 150,000 | | SPECIAL NOTES<br>Secured | ☒ PASSPORT SURRENDERED DATE:2/20/2026 | |
| PROPERTY TO BE POSTED<br>☐ CASH    $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>2/20/2026 | ☒ ATTY APPT HRG / ID COUNSEL | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT:<br>1:00 PM | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON.<br>Susan van Keulen | ☐ DETENTION HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. DISPO HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

DPPA. The Court GRANTS the Governments motion to UNSEAL Case. Defendant to report to Pretrial Services immediately upon release.

DOCUMENT NUMBER: